IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

RUBY M. LUCAS; )
EMMA FUENTES; )        2:03 CV 422 JM
WILMA G. DIXON; )
BARBARA SMITH; )
)
Plaintiffs, )
)
v. )
)
M.R.S. ASSOCIATES, INC., )        JURY DEMANDED
)
Defendant. )

FILED
MAY 13 2004
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## SECOND AMENDED COMPLAINT

### INTRODUCTION

1.      Plaintiffs bring this action to secure redress against unlawful credit and

collection practices engaged in by defendant M.R.S. Associates, Inc.  Plaintiffs allege that two form

letters used by defendant violate of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq.

("FDCPA").

### JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337  and 15 U.S.C.

§1692k (Fair Debt Collection Practices Act).  Venue in this District is proper because M.R.S.

Associates, Inc. sent many of its collection letters into the District.

### PARTIES

3.      Plaintiff Ruby M. Lucas is an individual who resides in Gary, Indiana.

4.      Plaintiff Emma Fuentes is an individual who resides in Crown Point, Indiana.

5.      Plaintiff Wilma G. Dixon is an individual who resides in Gary, Indiana.

6.     Plaintiff Barbara Smith is an individual who resides in Gary, Indiana.

7.     Defendant M.R.S. Associates, Inc. is a New Jersey corporation with its principal place of business at 3 Executive Campus, Suite 400, Cherry Hill, NJ 08002.

8.     M.R.S. Associates, Inc. operates a collection agency.  It is a "debt collector" as defined in the FDCPA.

## FACTS

### Lucas

9.     On or about July 19, 2003, defendant sent plaintiff Lucas a collection letter, of which the front is attached as Exhibit A, seeking to collect a credit card debt incurred for personal, family or household use.   Plaintiff received it shortly thereafter.

10.     Exhibit A is the first letter plaintiff Lucas received from defendant in connection with the debt described therein.

11.     On information and belief, Exhibit A is the first letter defendant sent to plaintiff Lucas in connection with the debt described therein.

12.     On information and belief, Exhibit A is a standard form letter intended for use as an initial demand letter by defendant.  At some point in late 2003 or early 2004, the form of Exhibit A was modified to become Exhibit C.   The two forms are referred to herein as the "earlier" and "later" forms.

### Fuentes

13.     On or about May 6, 2003,  defendant sent plaintiff Fuentes a collection letter, of which the front is  attached as Exhibit B, seeking to collect a credit card debt incurred for personal, family or household use.   Plaintiff received it shortly thereafter.  Exhibit B is an example

2

of the earlier form.

14.     Exhibit B is the first letter plaintiff Fuentes received from defendant in connection with the debt described therein.

15.     On information and belief, Exhibit B is the first letter defendant sent to plaintiff Fuentes in connection with the debt described therein.

## Dixon

16.     On or about June 21, 2003, defendant sent plaintiff Dixon a collection letter, of which the front is  attached as Exhibit C, seeking to collect a credit card debt incurred for personal, family or household use.  Plaintiff received it shortly thereafter.  Exhibit C is an example of the later form.

17.     Exhibit C is the first letter plaintiff Dixon  received from defendant in connection with the debt described therein.

18.     On information and belief, Exhibit C is the first letter defendant sent to plaintiff Dixon in connection with the debt described therein.

## Smith

19.     On or about Sept. 27, 2003,  defendant sent plaintiff Smith a collection letter, of which the front is  attached as Exhibit D, seeking to collect a credit card debt incurred for personal, family or household use.  Plaintiff received it shortly thereafter.  Exhibit D is an example of the earlier form.

20.     Exhibit D is the first letter plaintiff Smith received from defendant in connection with the debt described therein.

21.     On information and belief, Exhibit D is the first letter defendant sent to

plaintiff Smith in connection with the debt described therein.

## VIOLATIONS ALLEGED

22.     Both the earlier and later form letters state that "If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter."

23.     The quoted language is an impermissible condition on the debtor's exercise of verification rights under 15 U.S.C. §1692g. The debtor may dispute and request verification of the debt if he or she simply does not recognize it, or questions the amount of the claimed debt or how it was computed, or believes that the debt is valid but that credit has not been given for all payments made, or if two or more collection agencies have sought payment and the debtor is unsure who the creditor has authorized to act, or any of a number of other reasons which do not require that the debtor believe that the debt is not valid. DeSantis v. Computer Credit, Inc., 269 F.3d 159 (2d Cir. 2001).

24.     The later form (Exhibit C) contains the same violations as the earlier form.

25.     In addition, the later form is confusing and misleading with respect to the amount the recipient must pay. The letter gives an "account balance" at the top, but states that "interest may accrue on unpaid balances." The debt is a credit card, which normally does accrue interest; however, the letter does not definitely state whether or not it does accrue. The letter then demands that the debtor "honor your contractual obligation," which could be the "account balance," or the "account balance" plus interest. Nothing informs the debtor how to compute or find out the amount to be paid. See Chuway v. National Action Financial Services, 2004 WL 614760, --- F.3d — (7th Cir., March 30, 2004).

26.     Defendant's letters therefore violate 15 U.S.C. §§1692e and 1692g.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and against defendant; for:

a.    Statutory damages;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    Such other or further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

### JURY DEMAND

Plaintiffs demand trial by jury.

_____
Daniel A. Edelman

j:\case\mrs10507\pleading\2damdcmplt

## SEPARATE INDEX OF EXHIBITS

1.  <u>Exhibit A</u> - Collection letter from M.R.S. Associates, Inc., to Ruby M. Lucas dated July 19, 2003.

2.  <u>Exhibit B</u> - Collection letter from M.R.S. Associates, Inc., to Emma Fuentes dated May 6, 2003.

3.  <u>Exhibit C</u> - Collection Letter from M.R.S. Associates, Inc., to Wilma G. Dixon dated June 21, 2003.

4.  <u>Exhibit D</u> - Collection Letter from M.R.S. Associates, Inc., to Barbara Smith dated September 27, 2003.

# EXHIBIT A



**MRS**
*Associates Inc*

M.R.S. ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 05002

Office Hours :
Mon - Thurs 8am - 9pm EST
Fri   - 8am - 5pm EST
Sat  - 8am - 12pm EST
Sun - 9am - 12pm EST

July 19, 2003

M.R.S. ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

03333565-701   06001
RUBY M LUCAS
627 S HUNTINGTON ST
GARY IN 46403-2558

| CLT ACCT # : | MRS ACCT # : | ACCOUNT BAL. : |
|---|---|---|
| 5291151940127952 | 03333565 | $1179.34 |

RE : CAPITAL ONE

---

✂ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL ✂
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

---

RE: CAPITAL ONE
CLT ACCT#: 5291151940127952
MRS ACCT#: 03333565
ACCOUNT BALANCE : $1179.34

M.R.S. ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear RUBY M LUCAS,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation. If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

It is with this in mind that we would like to offer you a unique opportunity to satisfy your outstanding debt. We are presenting the option that will enable you to avoid further collection activity being taken against you.

OPTION 1: A settlement of 25% OFF of your current balance, SO YOU ONLY PAY $ 884.50 in ONE PAYMENT that must be received 40 days after the date on this letter.

Which would you prefer the positive benefits or negative consequences? The choice is yours!

IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

*B. Simone*

B.Simone
Director of Operations  1-877-774-7992
M.R.S. ASSOCIATES, INC

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.
PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

# EXHIBIT B

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

# MRS
*Associates, Inc*

Office Hours :
Mon - Thurs  8am - 9pm EST
Fri  - 8am - 5pm EST
Sat  - 8am - 12pm EST
Sun - 9am - 12pm EST

May 6, 2003

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

03111139-001  04607
EMMA FUENTES
9437 CLEVELAND ST
CROWN POINT IN 46307-1916

| CLT ACCT # :<br>4266513022639440 | MRS ACCT # :<br>03111139 | ACCOUNT BAL. :<br>$3875.79 |

RE : BANK ONE  FORMERLY FIRST USA

---

✂ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL ✂
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

RE: BANK ONE  FORMERLY FIRST USA
CLT ACCT#: 4266513022639440
MRS ACCT#: 03111139
ACCOUNT BALANCE : $3875.79

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear EMMA FUENTES,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation. If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

Which would you prefer the positive benefits or negative consequences? The choice is yours!

## IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.

Sincerely,

*Chris Bradley*

Chris Bradley
Director of Operations 1-877-774-7999
M.R.S.ASSOCIATES, INC.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

# EXHIBIT C

**MRS** Associates Inc

M.R.S. ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Office Hours :
Mon - Thurs 8am - 9pm EST
Fri - 8am - 5pm EST
Sat - 8am - 12pm EST
Sun - 9am - 12pm EST

June 21, 2003

M.R.S. ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

03254781-001 06096
WILMA G DIXON
5306 W 21ST AVE 206
GARY IN 46406-2742

| CLT ACCT # : | MRS ACCT # : | ACCOUNT BAL. : |
|---|---|---|
| 4862362249225312 | 03254781 | $2252.41 |

RE : CAPITAL ONE

(Interest may accrue on unpaid balances)

---

✖ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL ✖
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

RE: CAPITAL ONE
CLT ACCT#: 4862362249225312
MRS ACCT#: 03254781
ACCOUNT BALANCE : $2252.41 (Interest may accrue on unpaid balances)

M.R.S. ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear WILMA G DIXON,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation. If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

Which would you prefer the positive benefits or negative consequences? The choice is yours!

### IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
This communication is from a debt collection agency.

Sincerely,

*B. Simone*

B.Simone
Director of Operations    1-877-774-7992
M.R.S. ASSOCIATES, INC

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

# EXHIBIT D

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

## MRS
*Associates Inc*

Office Hours :
Mon - Thurs 8am - 9pm EST
Fri   - 8am - 5pm EST
Sat  - 8am - 12pm EST
Sun - 9am - 12pm EST

September 27, 2003

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

03670803-001   07914
BARBARA SMITH
4167 PIERCE ST
GARY IN 46408-2545

| CLT ACCT # : | MRS ACCT # : | ACCOUNT BAL.: |
|---|---|---|
| 5570091927717106 | 03670803 | $1239.84 |

RE : CAPITAL ONE (K-MART CARD)

(Interest may accrue on unpaid balances)

---

✂ IMPORTANT- TO RECEIVE PROPER CREDIT- BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL ✂
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

RE: CAPITAL ONE (K-MART CARD)
CLT ACCT#: 5570091927717106
MRS ACCT#: 03670803
ACCOUNT BALANCE : $1239.84   (Interest may accrue on unpaid balances)

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear BARBARA SMITH,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation. If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

**Which would you prefer the positive benefits or negative consequences? The choice is yours!**

### IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.

Sincerely,

*Dawn Hasenjager*

Dawn Hasenjager
Collection Manager 1-877-508-6306
M.R.S.ASSOCIATES, INC.

### PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

26E0772509/27/03D1467001-E